■ In the Matter of CHRISTOPHER SHAPARD, Appellant, v ANTHONY F. ZON, as Superintendent of Wende Correctional Facility, et al., Respondents. [836 NYS2d 477]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Shirley Troutman, A.J.), entered April 12, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Hurlbutt, Lunn, Green and Pine, JJ.